## The People v. Charles Stewart.

*Information for burglary—Charge of larceny.*

An information for statutory burglary is defective if it does not charge the intent with which the breaking and entering was done.

An information for larceny must allege the ownership of the goods taken.

Exceptions before judgment from the Superior Court of Grand Rapids. Submitted October 20. Decided October 27.

INFORMATION for breaking and entering a store not adjoining a dwelling. Respondent was found guilty. Reversed and prisoner discharged.

Attorney-General *Otto Kirchner* for the people.

*Godwin & Earle* and *E. S. Eggleston* for respondent.

MARSTON, C. J. The information is clearly defective in this case. It does not allege a statutory burglary, as the intention with which the breaking and entering was done was not charged. It also fails to charge a larceny in not alleging ownership of the property taken.

The judgment must be reversed and prisoner discharged.

The other Justices concurred.